IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:19-CR-13-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| DAMON CHANDLER WELLS, | ) | |
| Defendant. | ) | |

This matter is before the court upon the government's appeal of a February 19, 2019, order by Magistrate Judge Robert B. Jones, Jr., denying the government's motion for detention and setting conditions of release. Upon thorough review of the magistrate judge's order of release, the pretrial services report, and matters made a part of the record in this case, including a recording of the detention hearing, the court finds correct the magistrate judge's decision to deny the motion for pretrial detention and to release defendant on conditions of release. The government has failed to demonstrate that there is no condition or combination of conditions that would assure defendant's appearance and the safety of the community. Therefore, the court DENIES the government's appeal, and the court AFFIRMS the magistrate judge's order. The court hereby ORDERS release of the defendant pending trial on the terms set forth in the magistrate judge's February 19, 2019, order setting conditions of release, which the court expressly incorporates herein.

SO ORDERED, this 25th day of February, 2019.

LOUISE W. FLANAGAN
United States District Judge