UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:19-CR-13-1FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER TO SEAL |
| | ) | |
| DAMON CHANDLER WELLS, | ) | |

THIS CAUSE coming on to be heard and being heard before the undersigned Honorable Louise W. Flanagan, United States District Judge, upon motion of the Defendant to seal the Motion to Continue Arraignment that was filed on August 20, 2019 in that it contains sensitive information. For good cause shown the court hereby ORDERS that the Motion to Continue Arraignment be sealed.

This the 20th day of August, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge