UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:19-CR-13-1FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DAMON CHANDLER WELLS, | ) | |

THIS CAUSE coming before the undersigned for consideration of motion of the Defendant to seal the Motion to Continue Arraignment that was filed on January 10, 2020 in that it contains sensitive information and for good cause shown the court hereby ORDERS that the Motion to Continue Arraignment be sealed.

IT IS HEREBY ORDERED, adjudged and decreed that the Defendant's Motion to Continue Arraignment be sealed.

This the 11th day of January, 2020.

LOUISE W. FLANAGAN
United States District Judge